UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICH LEBEAU,

       Plaintiff,

                                                      Case No.

v.

                                                      Honorable Patrick J. Duggan

MICHIGAN DEPARTMENT OF HUMAN
SERVICES, JENNIFER HENDERSON,
SUE MALBURG, KIM IRWIN, SARAH
MEDDAUGH, CHIQUITA FORD-WHITE,
MISTY WOJNAROWICZ,

       Defendants.
_____/

## JUDGMENT

Erich Lebeau ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. §§ 1983 and 1985, alleging that his statutory and constitutional rights were violated when social workers employed by the State of Michigan placed his daughter into foster care. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED WITH PREJUDICE**.

Dated: October 19, 2011                      s/PATRICK J. DUGGAN
                                                               UNITED STATES DISTRICT JUDGE

Copies to:
Rex A. Burgess, Esq.
Erik A. Grill, A.A.G.
Mark E. Donnelly, A.A.G.